UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.     CV13-111 MWF(VBKx)                    Date: June 27, 2013

Title:       Darren Lefever v. County of Ventura, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

　　　　　Rita Sanchez                           None Present
　　　　　Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
　　　　　　　None                                      None

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: DISMISSAL FOR
                             LACK OF PROSECUTION

　　　　Plaintiff is ordered to show cause, in writing, no later than <u>July 15, 2013</u>, why this action should not be dismissed for lack of prosecution.

　　　　The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

　**X**　Proof of service of summons and complaint

　____　Answer by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

　____　An application for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b)

　　　　No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

　　　　IT IS SO ORDERED.  The Clerk shall serve a copy of this Minute Order on all parties to this action.

Initials of Deputy Clerk　_rs_

(Rev. 10/1/04)